

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00306-CV

IN RE DEREK MONTEZ, RELATOR

ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

August 19, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this court is a petition for writ of mandamus filed by Derek Montez. He requests that we direct the Potter County District Clerk to provide him with a copy of an order revoking his probation in Cause No. 42,803-A so that he may use it in filing a petition for writ of habeas corpus challenging his 2007 conviction and punishment in Cause No. 18,139-C. We deny the petition.

An intermediate appellate court has jurisdiction to issue writs of mandamus against a district clerk only when necessary to enforce its jurisdiction over a pending appeal. *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). Montez does not allege that he has an appeal pending in this court or that our directing the district clerk to provide him with a copy of the document in

question would be for the purpose of enforcing our jurisdiction over any appeal pending before us.  Thus, we have no jurisdiction over his request.

Accordingly, the petition for writ of mandamus is denied.


Brian Quinn
Chief Justice